# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BRENDA HILLMANN, ANDREW ZERR, LORETTA AMENT, AND LORETTA AMENT, AS PERSONAL REPRESENTATIVE ON BEHALF OF THE ESTATE OF KENNETH ANTHONY ZERR, | Case No.: 4:23-CV-00830-SEP |
| Plaintiffs, | JURY TRIAL DEMANDED |
| vs. | |
| GREE USA, INC., et al. | |
| Defendants. | |

## PROPOSED ORDER

The Court, having heard Defendants' Gree USA, Inc., Gree Electric Appliances Inc. of Zhuhai, Hong Kong Electric Appliances Sales, Ltd., MJC America Ltd., MJC America Holdings Co., Ltd. (collectively, "Defendants") Motion for a Protective Order, and for good cause shown, hereby Orders as follows:

1. Plaintiffs' Deposition Notice of the Corporate Designee of Defendant Gree Hong Kong scheduled for May 7, 2024 is quashed; and

2. Plaintiffs' Deposition Notice of the Corporate Designee of Defendant Gree USA, Inc. scheduled for May 8, 2024 is quashed.

**IT IS SO ORDERED**.

Dated: _____

PRESIDING JUDGE

_____

Hon. Sarah E. Pitlyk
U.S. District Judge
Eastern District of Missouri

1